918

No. 77–6120. MOORER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6132. PICCIRILLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6145. LYON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6148. KING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6150. WHITEFIELD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6152. PATTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–6159. KIRKLAND v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–1028. INSURANCE COMPANY OF NORTH AMERICA v. MOSLEY ET AL. Sup. Ct. Fla. Motion of respondent Robert Mosley for leave to proceed in forma pauperis granted. Motion for attorney fees denied. Certiorari denied.

No. 77–1046. MARCO DENTAL PRODUCTS, INC. v. AUSTIN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 76–1334. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT v. HAYES, 434 U. S. 357;
No. 76–6372. QUILLOIN v. WALCOTT ET VIR, 434 U. S. 246;
No. 77–709. WEINBERGER v. EQUIFAX, INC. (FORMERLY RETAIL CREDIT Co.), 434 U. S. 1035;
No. 77–5809. TURNER v. LANDRY, 434 U. S. 1049;
No. 77–5841. HOLLIS v. NEW YORK, 434 U. S. 1049; and
No. 77–5896. CRANE v. UNITED STATES, 434 U. S. 1039. Petitions for rehearing denied.